RECEIVED
MAR 6 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
MAR 06 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Sofia Camarena,

Plaintiff

-vs-

Chipotle Mexican Grill,

Defendant

Case No.: A20CV210LY

# MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Katrina Patrick_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____Sofia Camarena_____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) _____Law Offices of Katrina Patrick_____,

with offices at

Mailing address: 6575 West Loop South #500

City, State, Zip Code: Bellaire, Texas 77401

Telephone: 713-796-8218

Facsimile: 281-399-5537

Email: Katrina@VoiceOfTheEmployees.com

2. Since _____1996_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____Texas_____. Applicant's bar license number is _____00797218_____.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Southern District of Texas | 1996 |
| Northern District of Texas | unsure |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Not applicable

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
Not applicable

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
Not applicable

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    [✓] Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    [ ] Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel: _____

    Mailing address: _____

    City, State, Zip Code: _____

    Telephone: _____

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ Katrina Patrick _____ to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____ Katrina Patrick _____
[printed name of Applicant]

_____ /s/ Katrina Patrick _____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __28th__ day of _____ February _____, __2020__.

_____ Katrina Patrick _____
[printed name of Applicant]

_____ /s/ Katrina Patrick _____
[signature of Applicant]

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100038080
Cashier ID: cjames
Transaction Date: 03/06/2020
Payer Name: KATRINA PATRICK
----------------------------------
PRO HAC VICE
 For: KATRINA PATRICK
 Case/Party: D-TXW-5-20-LB-000000-001
 Amount:         $100.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 7944
 Amt Tendered: $100.00
----------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

1:20-CV-210-LY; CAMARENA V.
CHIPOTLE MEXICAN GRILL; PRO HAC
VICE FOR KATRINA PATRICK
```